Harold Greenberg, Esq. (SBN: 40827)
Jenifer Anisman, Esq. (SBN: 258140)
LAW FIRM OF HAROLD GREENBERG
2263 South Harvard Boulevard
Los Angeles, CA 90018-2143
Telephone: (323) 732-9536
Facsimile: (323) 732-0803
Harold@lawfirmofhg.com; Jenifer@lawfirmofhg.com

Attorneys for Defendant LATINO PLAZA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, | Case No. 2:20-cv-05207-DMG-JPR |
| Plaintiff, | |
| vs. | DEFENDANT LATINA PLAZA, LLC'S BRIEF IN SUPPORT OF DECLINING SUPPLEMENTAL JURISDICTION OF PLAINTIFF'S UNRUH ACT CLAIM; DECLARATION OF JENIFER ANISMAN |
| LATINO PLAZA, LLC | |
| Defendants. | |

COMES NOW Defendant  LATINO PLAZA, LLC ("Plaza") who hereby prays that the Court decline supplemental jurisdiction over Plaintiff's Unruh Act claim on the basis that the underlying policy and legislative intent in enacting the relevant California Statutes were implemented for exercising jurisdiction in cases like the one at bar.

The recent case, *Langer v. Petras,* Case No. 19-cv-1408-CAB-BGS (S.D. Cal. July 31, 2019) mirrors the case at bar and the policy considerations behind declining Supplemental Jurisdiction and dismissing the case without prejudice is succinctly stated:

> "Here, the complaint states a federal claim for violation of the ADA, along with a
> state law claim for violation of the Unruh Act. As a result, while the ADA does

*2263 S. Harvard Boulevard*
*Los Angeles, California 90018-2143*

not entitle a plaintiff to recover damages, the complaint seeks statutory damages under the Unruh Act. Meanwhile, the same injunctive relief available under the ADA is also available under the Unruh Act. See *Schutza v. Cuddeback*, 262 F. Supp. 3d 1025, 1031 (S.D. Cal. 2017) (noting that "[i]t is unclear what advantage—**other than avoiding state-imposed pleading requirements**—Plaintiff gains by being in federal court since his sole remedy under the ADA is injunctive relief, which is also available under the Unruh Act."). Thus, **the state claim and the issues related thereto substantially predominate over the ADA claim**, which appears to be a secondary claim included to justify filing the complaint in this Court, rather than a necessary (let alone predominant) claim in this lawsuit. See *Rutherford v. Ara Lebanese Grill*, No. 18-CV-01497-AJB-WVG, 2019 WL 1057919, at *3 (S.D. Cal. Mar. 6, 2019) (declining supplemental jurisdiction over Unruh Act claim because Unruh Act claim substantially predominated over ADA claim).

In addition, the important interest of comity supports declining jurisdiction. … **California has a strong interest in protecting its citizens and businesses from abusive litigation** and also in preventing its own laws from being misused for unjust purposes. In 2012, in an attempt to deter baseless claims and vexatious litigation, California adopted heightened pleading requirements for disability discrimination lawsuits under the Unruh Act. See CAL. CIV. PRO CODE § 425.50[2]; SB 1186, Chapter 383 § 24 (Ca. 2012). Mr. Langer has filed more than forty (40) disability discrimination cases in this court over this past year. **Accordingly, the need for California's procedural protections appears particularly acute**.

Finally, "federal courts may properly take measures to discourage forum shopping." *Rutherford v. Econolodge*, No. 18CV1471-LAB (JMA), 2019 WL 950329, at *3 (S.D. Cal. Feb. 27, 2019) (citing *Hanna v. Plumer*, 380 U.S. 460, 467-68 (1965)); *Schutza v. Cuddeback*, 262 F. Supp. 3d at 1031 (holding that **plaintiff who had filed numerous ADA actions in federal court was engaging in forum shopping "to avoid California's heightened pleading requirements for disability discrimination claims.").** "**[I]t would be improper to allow Plaintiff to use the federal court system as a loophole to evade California's pleading requirements.**" *Rutherford v. Ara Lebanese Grill*, 2019 WL 1057919, at *5. "Therefore, as a matter of comity, and in deference to **California's substantial interest in discouraging unverified disability discrimination claims**, the Court declines supplemental jurisdiction over Plaintiff's [state law claims]." *Schutza v. Cuddleback*, 262 F. Supp. 3d at 1031." (*Langer v. Petras Supra*, emphasis added).

**BRIEF IN SUPPORT OF DECLINING SUPPLEMENTAL JURISDICTION**

Here, like *Langer*, Plaintiff Anthony Bouyer has filed numerous ADA actions, in fact, Anthony Bouyer has filed 289 lawsuits in the last six months (Declaration of Jenifer Anisman "Anisman Decl." ¶2 and Ex. A).

As stated in the Declaration of Jenifer Anisman:

1. LPL has not violated any state or federal laws and is in full compliance with the Americans with Disabilities Act (Anisman Decl. ¶4).

2. Within 95 minutes of filing our first paper, we received a "form" settlement demand from Anthony Bouyer's attorney (Anisman Decl. ¶3).

3. We intend to defend this case and the Plaintiffs are entitled to the protections afforded it by, *inter alia,* Code of Civil Procedure section 425.50 (Anisman Decl. ¶5).

The State laws were enacted precisely to address the type of litigant and litigation present here and therefore, Plaintiff should be required to adhere to the heightened pleading requirements under California State Law.

For the foregoing reasons, the Court should not exercise supplemental jurisdiction over Plaintiff's Unruh Act claims because all of the value factors weigh against the Court exercising supplemental jurisdiction and there are no compelling reasons to allow the plaintiff to sidestep the State requirements.

DATED: July 1, 2020                         LAW FIRM OF HAROLD GREENBERG


                                            /s/

                              By:   _____
                                    Jenifer Anisman, Esq.
                                    Attorneys for Defendant LATINO PLAZA,
                                    LLC.

2263 S. Harvard Boulevard
Los Angeles, California 90018-2143

-3-

# DECLARATION OF JENIFER ANISMAN

I, Jenifer Anisman, declare:

1. I am an associate at the Law Firm of Harold Greenberg, the attorneys of record herein for Defendant LATINA PLAZA, LLC. I am licensed to practice in the State of California, the United States Tax Court and the United States Supreme Court. I have personal knowledge of each fact stated in this declaration and if called upon to do so, I could and would competently testify to those matters.

2. On June 26, 2020, I ran a search for Plaintiff's name in Federal Court. Attached as Exhibit "A" is a true and correct copy of the results which reveal that someone by the name of Anthony Bouyer has filed at least 289 lawsuits in the last six months. The yellow line was added by myself to highlight the dates of filing.

3. On June 30, at 11:54am, I filed Defendant's Application to Stay Case and Early Mediation re ADA Disability Access Litigation. 95 minutes later, at 1:29pm, we received a "form" settlement demand from Anthony Bouyer's attorney.

4. Our client has informed us that they are in compliance with all applicable laws.

5. As such, we intend to defend this case and the Plaintiffs are entitled to the protections afforded it by, *inter alia,* Code of Civil Procedure section 425.50.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

DATED: July 1, 2020                          /s/

                          _____

                          Jenifer Anisman

*2263 S. Harvard Boulevard*
*Los Angeles, California 90018-2143*

-4-

# EXHIBIT A



# Party Search Results

**Search Criteria:** Party Search; Last Name: [bouyer]; First Name: [Anthony]
**Result Count:** 304 (6 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony | 0:2001cv03835 | Bouyer, et al v. Simon | U.S. Court Of Appeals, Sixth Circuit | 08/02/2001 | 12/28/2001 |
| Bouyer, Anthony (pla) | 2:2020cv05425 | Anthony Bouyer v. The Lankershim Plaza Shopping Center et al | California Central District Court | 06/18/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05427 | Anthony Bouyer v. Jospeh A. Radwan, et al | California Central District Court | 06/18/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05431 | Anthony Bouyer v. Bassam Mechammil, et al | California Central District Court | 06/18/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05433 | Anthony Bouyer v. Sun Valley Development Partners, LLC et al | California Central District Court | 06/18/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05434 | Anthony Bouyer v. Montecito Peak Investments, LLC et al | California Central District Court | 06/18/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05435 | Anthony Bouyer v. Donn E. Rediger, et al | California Central District Court | 06/18/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05437 | Anthony Bouyer v. 14846-52 Ventura LLC, et al | California Central District Court | 06/18/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv01237 | Anthony Bouyer v. NJR Realty, LLC, et al | California Central District Court | 02/07/2020 | 04/03/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01238 | Anthony Bouyer v. Ofer Shapira and Limor Benjamin, et al | California Central District Court | 02/07/2020 | 04/29/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01239 | Anthony Bouyer v. Stockdale Holdigns I, LLC et al | California Central District Court | 02/07/2020 | 05/12/2020 |
| Bouyer, Anthony (pla) | 5:2019cv02503 | Anthony Bouyer v. 9535 Reseda Medical, LLC et al | California Central District Court | 12/31/2019 | 01/03/2020 |
| Bouyer, Anthony (pla) | 2:2019cv10992 | Anthony Bouyer v. 9535 Reseda Medical, LLC et al | California Central District Court | 12/31/2019 | 02/28/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv00334 | Anthony Bouyer v. Bellaire Reseda Properties, LLC et al | California Central District Court | 01/13/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv00335 | Anthony Bouyer v. S and U Investments LLC et al | California Central District Court | 01/13/2020 | 03/27/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00337 | Anthony Bouyer v. Fahmy Mushmel, et al | California Central District Court | 01/13/2020 | 03/13/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00338 | Anthony Bouyer v. Norina Properties, LLC, et al | California Central District Court | 01/13/2020 | 04/09/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00339 | Anthony Bouyer v. Elza Hancz et al | California Central District Court | 01/13/2020 | 04/21/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00340 | Anthony Bouyer v. 8940 Reseda LLC et al | California Central District Court | 01/13/2020 | 02/14/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00342 | ANTHONY BOUYER, an individual, v. ADH BELPO, LLC, a Nevada limited liability company et al | California Central District Court | 01/13/2020 | 03/18/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00343 | Anthony Bouyer v. 19641 Parthenia St. LLC et al | California Central District Court | 01/13/2020 | 05/29/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00344 | Anthony Bouyer v. Elza Hancz et al | California Central District Court | 01/13/2020 | 01/15/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00425 | Anthony Bouyer v. Clifford Paul Mickool, et al | California Central District Court | 01/15/2020 | 03/18/2020 |
| Bouyer, Anthony (pla) | 5:2020cv00112 | Anthony Bouyer v. Tigertail Park LLC et al | California Central District Court | 01/15/2020 | 03/02/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00620 | Anthony Bouyer v. Jonker Investments, LP et al | California Central District Court | 01/22/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv00621 | Anthony Bouyer v.Sterling Real Estate Group, LLC et al | California Central District Court | 01/22/2020 | 06/11/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00622 | Anthony Bouyer v. Coast-United Advertising Co., Inc. et al | California Central District Court | 01/22/2020 | 04/10/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00623 | Anthony Bouyer v. DMP Real Estate Investors, LLC et al | California Central District Court | 01/22/2020 | 03/30/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv00625 | Anthony Bouyer v. KC 21 Investments, Inc. et al | California Central District Court | 01/22/2020 | 03/05/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00626 | Anthony Bouyer v. John V. Ciccarelli et al | California Central District Court | 01/22/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv00627 | Anthony Bouyer v. Lindworth Group LLC, et al | California Central District Court | 01/22/2020 | 03/18/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00628 | Anthony Bouyer v. Northwest Business Park, LLC, et al | California Central District Court | 01/22/2020 | 05/01/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00629 | Anthony Bouyer v. Jordan Properties, LLC et al | California Central District Court | 01/22/2020 | 03/11/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00630 | Anthony Bouyer v. Simco Financial Services Inc. et al | California Central District Court | 01/22/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv00631 | Anthony Bouyer v. Lucky 7 LLC et al | California Central District Court | 01/22/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv00633 | Anthony Bouyer v. Tripe S Proeprties et al | California Central District Court | 01/22/2020 | 03/18/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00634 | Anthony Bouyer v. Matthews Investment Co. et al | California Central District Court | 01/22/2020 | 03/18/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00635 | Anthony Bouyer v. Karraa Real Property 1, LLC et al | California Central District Court | 01/22/2020 | 05/05/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00639 | Anthony Bouyer v. Mission Village Property, LLC et al | California Central District Court | 01/22/2020 | 03/11/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00640 | Anthony Bouyer v. Victory Variel Plaza, a California Limited Partnership et al | California Central District Court | 01/22/2020 | 02/26/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00641 | Anthony Bouyer v. Canoga Office Investors, LP et al | California Central DIstrict Court | 01/22/2020 | 04/10/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00642 | Anthony Bouyer v. I and V Infinity Properties LLC et al | California Central District Court | 01/22/2020 | 02/28/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00795 | Anthony Bouyer v. Spectrum Pacific West, LLC et al | California Central District Court | 01/27/2020 | 05/04/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv00796 | Anthony Bouyer v. Jenny Properties, LLC et al | California Central District Court | 01/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv00964 | Anthony Bouyer v. Pacstar Enterprises, LLC et al | California Central District Court | 01/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv00965 | Anthony Bouyer v. Striks Properties L.P. et al | California Central District Court | 01/30/2020 | 05/01/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00967 | Anthony Bouyer v. Kato and Assocites, et al | California Central District Court | 01/30/2020 | 04/08/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00968 | Anthony Bouyer v. Nisson-Balboa Properties, LLC et al | California Central District Court | 01/30/2020 | 04/02/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00969 | Anthony Bouyer v. D and Z Properties, LLC et al | California Central District Court | 01/30/2020 | 03/11/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00970 | Anthony Bouyer v. 16900 Roscoe, LLC et al | California Central District Court | 01/30/2020 | 05/20/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00971 | Anthony Bouyer v. Balboa Square Partners Limited Liability Company et al | California Central District Court | 01/30/2020 | 05/27/2020 |
| Bouyer, Anthony (pla) | 2:2020cv00972 | Anthony Bouyer v. Dyanlyn Two et al | California Central District Court | 01/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv01029 | Anthony Bouyer v. Ross E. Bloom and Fern L. Bloom et al | California Central District Court | 01/31/2020 | 03/30/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01037 | Anthony Bouyer v. Wengar Properties, LP et al | California Central District Court | 01/31/2020 | 03/25/2020 |

**PACER Service Center**    Receipt 06/26/2020 13:33:03 1340460666

| | |
|---|---|
| User | Globalcitizen |
| Client Code | |
| Description | All Court Types Party Search |
| | All Courts; Name bouyer, Anthony; All Courts; Page: 1 |
| Billable Pages | 1 ($0.10) |



# Party Search Results

**Search Criteria:** Party Search; Last Name: [bouyer]; First Name: [Anthony]
**Result Count:** 304 (6 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv01039 | Anthony Bouyer v. Plaza De La Cordillera, LLC et al | California Central District Court | 01/31/2020 | 04/06/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01041 | Anthony Bouyer v. Extra Space Properties 112 LLC et al | California Central District Court | 01/31/2020 | 03/06/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01206 | Anthony Bouyer v. Khedry Abdelmesseh et al | California Central District Court | 02/06/2020 | 03/23/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01208 | Anthony Bouyer v. Branch Tree, A California Limited Partnership, et al | California Central District Court | 02/06/2020 | 05/13/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01511 | Anthony Bouyer v. PV West Hills Suites, LLC et al | California Central District Court | 02/14/2020 | 03/31/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01513 | Anthony Bouyer v. Benny Aliav and Aliza Aliav et al | California Central District Court | 02/14/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv01514 | Anthony Bouyer v. La Pico Plaza, LLC, et al | California Central District Court | 02/14/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv01515 | Anthony Bouyer v. ROIC California, LLC et al | California Central District Court | 02/14/2020 | 05/27/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01516 | Anthony Bouyer v. 24372 Vanowen Street LLC et al | California Central District Court | 02/14/2020 | 04/16/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01517 | Anthony Bouyer v. Jose De Jesus Gutierrez, et al | California Central District Court | 02/14/2020 | 04/17/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01519 | Anthony Bouyer v. Durose Corporation et al | California Central District Court | 02/14/2020 | 04/28/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01543 | Anthony Bouyer v. IJH, LLC et al | California Central District Court | 02/18/2020 | 04/20/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01608 | Anthony Bouyer, v. Chaminade College Preparatory et al | California Central District Court | 02/19/2020 | 04/28/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv01609 | Anthony Bouyer v. HR West Hills Mob Spe, LLC et al | California Central District Court | 02/19/2020 | 04/23/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01825 | Anthony Bouyer v. Kapur Investments, LLC et al | California Central District Court | 02/26/2020 | 05/04/2020 |
| Bouyer, Anthony (pla) | 2:2020cv01826 | Anthony Bouyer v. Ernest Montel Miner and Marie M. Miner et al | California Central District Court | 02/26/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv01995 | Anthony Bouyer v. Tung Land Investment, Inc. et al | California Central District Court | 02/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv01997 | Anthony Bouyer v. Rainbow Investments, LLC, et al | California Central District Court | 02/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02000 | Anthony Bouyer v. SJD Venture, Inc. et al | California Central District Court | 02/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02003 | Anthony Bouyer v. Annie Ninette Gross et al | California Central District Court | 02/28/2020 | 05/04/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02006 | Anthony Bouyer v. ROIC Warner Plaza, LLC, et al | California Central District Court | 02/28/2020 | 06/05/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02007 | Anthony Bouyer v. The Germain Limited Partnership, et al | California Central District Court | 02/28/2020 | 04/16/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02009 | Anthony Bouyer v. URSE LLC et al | California Central District Court | 02/28/2020 | 04/23/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02185 | Anthony Bouyer v. Devonshire and Mason Investors, LLC et al | California Central District Court | 03/06/2020 | 05/07/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02186 | Anthony Bouyer v. Fred W. Plotke et al | California Central District Court | 03/06/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02188 | Anthony Bouyer v. Granada Hills Partners LLC et al | California Central District Court | 03/06/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02190 | Anthony Bouyer v. Diana L. Holland et al | California Central District Court | 03/06/2020 | 04/29/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02192 | Anthony Bouyer v. Nazmuddin Mohammed et al | California Central District Court | 03/06/2020 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv02193 | Anthony Bouyer v. Tarzana Investment, LLC et al | California Central District Court | 03/06/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02194 | Anthony Bouyer v. Ralphs Grocery Company et al | California Central District Court | 03/06/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02195 | Anthony Bouyer v. YS Properties, LLC et al | California Central District Court | 03/06/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02196 | Anthony Bouyer v. Plaza Inv. II, L.P. et al | California Central District Court | 03/06/2020 | 04/10/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02197 | Anthony Bouyer v. Rubio Plaza, LLC et al | California Central District Court | 03/06/2020 | 05/07/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02199 | Anthony Bouyer v. Kay Associates et al | California Central District Court | 03/06/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02201 | Anthony Bouyer v. Martylee Parker et al | California Central District Court | 03/06/2020 | 04/13/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02202 | Anthony Bouyer v. Bre Encino Owner LLC et al | California Central District Court | 03/06/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02204 | Anthony Bouyer v. Frederick Alfano et al | California Central District Court | 03/06/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02205 | Anthony Bouyer v. Omninet Jade, LLC et al | California Central District Court | 03/06/2020 | 04/23/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02206 | Anthony Bouyer v. JB Delano Proeprty, LLC et al | California Central District Court | 03/06/2020 | 06/20/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02207 | Anthony Bouyer v. Jonathan Suchite et al | California Central District Court | 03/06/2020 | 04/29/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02209 | Anthony Bouyer v. Bonad LLC et al | California Central District Court | 03/06/2020 | 06/04/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02432 | Anthony Bouyer v. Manuel Vazquez, Sr. et al | California Central District Court | 03/13/2020 | 05/22/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02433 | Anthony Bouyer v. GMAR LLC et al | California Central District Court | 03/13/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02444 | Anthony Bouyer v. 15239 PARTHENIA, LLC et al | California Central District Court | 03/13/2020 | 04/09/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02446 | Anthony Bouyer v. Mission Hills Shopping Center LLC et al | California Central District Court | 03/13/2020 | 04/09/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv02452 | Anthony Bouyer v. 17555 Ventura, LLC et al | California Central District Court | 03/13/2020 | 05/20/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02453 | Anthony Bouyer v. The Hess Partnership et al | California Central District Court | 03/13/2020 | 05/20/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02461 | Anthony Bouyer v. Midland Pacific, LLC et al | California Central District Court | 03/13/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02462 | Anthony Bouyer v. Reya LLC et al | California Central District Court | 03/13/2020 | 04/08/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02816 | Anthony Bouyer v. Castle Plaza, LLC et al | California Central District Court | 03/26/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02817 | Anthony Bouyer v. Ventura and Shoup LLC, et al | California Central District Court | 03/26/2020 | 04/21/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02829 | Anthony Bouyer v. Auerbach Realty Holdings, LLC et al | California Central District Court | 03/26/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02887 | Anthony Bouyer v. S J Kal Commercial, et al | California Central District Court | 03/27/2020 | 05/13/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02889 | Anthony Bouyer v. Grand Pacific 7-28, LLC et al | California Central District Court | 03/27/2020 | 05/29/2020 |

**PACER Service Center**

**Receipt** 06/26/2020 13:34:09 1340460837

| | |
|---|---|
| **User** | Globalcitizen |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name bouyer, Anthony; All Courts; Page: 2 |
| **Billable Pages** | 1 ($0.10) |

 **Party Search Results**

**Search Criteria:** Party Search; Last Name: [bouyer]; First Name: [Anthony]
**Result Count:** 304 (6 pages)
**Current Page:** 2

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv02896 | Anthony Bouyer v. E.C. Nichols LLC et al | California Central District Court | 03/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02901 | Anthony Bouyer v. Henry Suon et al | California Central District Court | 03/27/2020 | 05/19/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02903 | Anthony Bouyer v. Davies, LLC, et al | California Central District Court | 03/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02904 | Anthony Bouyer v. Two Across, LLC et al | California Central District Court | 03/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02905 | Anthony Bouyer v. 451 South Brand Boulevard, LLC et al | California Central District Court | 03/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02910 | Anthony Bouyer v. Debra Beck Engilman et al | California Central District Court | 03/27/2020 | 06/05/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02915 | Anthony Bouyer v. Gary Kasden et al | California Central District Court | 03/27/2020 | 05/08/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02916 | Anthony Bouyer v. Padilla Properties, LLC et al | California Central District Court | 03/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02917 | Anthony Bouyer v. Michael A. Majers, et al | California Central District Court | 03/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02919 | Anthony Bouyer v. Kip Partnership, L.P. et al | California Central District Court | 03/27/2020 | 05/05/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02959 | Anthony Bouyer v. Daniel Romo et al | California Central District Court | 03/30/2020 | 05/26/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02961 | Anthony Bouyer v. Bernie B. Villadiego et al | California Central District Court | 03/30/2020 | 05/19/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02962 | Anthony Bouyer et al v. Judith B. Nelson | California Central District Court | 03/30/2020 | 06/04/2020 |
| Bouyer, Anthony (pla) | 2:2020cv02964 | Anthony Bouyer v. MSB Investment Group, LLC et al | California Central District Court | 03/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv02968 | Anthony Bouyer v. Bridgestone Retail Operations, LLC, et al | California Central District Court | 03/30/2020 | 06/10/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv02984 | Bouyer v. JEAN S. LEE, individually and as trustee of THE JEAN S. LEE REVOCABLE TRUST DATED APRIL 24, 2014 et al | California Central District Court | 03/30/2020 | 04/02/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03085 | Anthony Bouyer v. Athan Karasoulos et al | California Central District Court | 04/02/2020 | 06/11/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03088 | Anthony Bouyer v. Miriam Kopilowitz et al | California Central District Court | 04/02/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03089 | Anthony Bouyer v. Extra Hubbard, LLC et al | California Central District Court | 04/02/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03090 | Anthony Bouyer v. Donn E. Rediger et al | California Central District Court | 04/02/2020 | 06/12/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03091 | Anthony Bouyer v. Sylmar Investment Group, LLC et al | California Central District Court | 04/02/2020 | 05/28/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03092 | Anthony Bouyer v. Jean S. Lee et al | California Central District Court | 04/02/2020 | 06/04/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03093 | Anthony Bouyer v. JSS Investment, LLC et al | California Central District Court | 04/02/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03094 | Anthony Bouyer v. John Michael Lajoy et al | California Central District Court | 04/02/2020 | 06/04/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03095 | Anthony Bouyer v. Heyser Sylmar Property, LLC et al | California Central District Court | 04/02/2020 | 04/20/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03096 | Anthony Bouyer v. Lasalle Development, LLC et al | California Central District Court | 04/02/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03097 | Anthony Bouyer v. Mountain View Shopping Center Inc. et al | California Central District Court | 04/02/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03338 | Anthony Bouyer v. A Power Team LLC et al | California Central District Court | 04/09/2020 | 06/11/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03340 | Anthony Bouyer v. Betty J Turner et al | California Central District Court | 04/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03341 | Anthony Bouyer v. Frances D. Rathmann et al | California Central District Court | 04/09/2020 | 05/19/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv03342 | Anthony Bouyer v. Eddy H. Sarraf | California Central District Court | 04/09/2020 | 05/20/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03346 | Anthony Bouyer v. Charlotte L. Swank et al | California Central District Court | 04/09/2020 | 06/03/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03349 | Anthony Bouyer v. Steven S. Cruise et al | California Central District Court | 04/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03350 | Anthony Bouyer v. FAF Investment Company et al | California Central District Court | 04/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03352 | Anthony Bouyer v. Rodney A. Kubes et al | California Central District Court | 04/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03353 | Anthony Bouyer v. Robert T. Walck et al | California Central District Court | 04/09/2020 | 05/11/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03354 | Anthony Bouyer v. Southern Investments, LLC et al | California Central District Court | 04/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03343 | Anthony Bouyer v. Altapo-Bellwood Building, LLC et al | California Central District Court | 04/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03456 | Anthony Bouyer v. Esmat Y. Elhilu, et al | California Central District Court | 04/14/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03461 | Anthony Bouyer v. We Can Be Heroes LLC | California Central District Court | 04/14/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03481 | Anthony Bouyer v. Martin Chavez et al | California Central District Court | 04/15/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03593 | Anthony Bouyer v. Diaciabert Commercial Development N.V. et al | California Central District Court | 04/20/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03594 | Anthony Bouyer v. Skyline 26 Holdings, LLC et al | California Central District Court | 04/20/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03595 | Anthony Bouyer v. Kiumars M Pahlevani et al | California Central District Court | 04/20/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03596 | Anthony Bouyer v. Lajoy Exemption Enterprises, LLC, et al | California Central District Court | 04/20/2020 | 06/03/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03597 | Anthony Bouyer v. Ramiro G. Lopez, et al | California Central District Court | 04/20/2020 | 06/19/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv03600 | Anthony Bouyer v. Wanda Shelton et al | California Central District Court | 04/20/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03602 | Anthony Bouyer v. Chandrashekhar R. Joshi et al | California Central District Court | 04/20/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03604 | Anthony Bouyer v. Agostino Di Fiore et al | California Central District Court | 04/20/2020 | 06/19/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03610 | Anthony Bouyer v. Baruch Sinai Peretz et al | California Central District Court | 04/20/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03616 | Anthony Bouyer v. Harry A. Feltman, et al | California Central District Court | 04/20/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03618 | Anthony Bouyer v. Simi Management, LLC, et al | California Central District Court | 04/20/2020 | 06/16/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03621 | Anthony Bouyer v. Simi Valley Medical Partnership et al | California Central District Court | 04/20/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03637 | Anthony Bouyer v. Richard A. Getty, et al | California Central District Court | 04/20/2020 | |

**PACER Service Center**

Receipt 06/26/2020 13:34:39 1340460919

| | |
|---|---|
| User | Globalcitizen |
| Client Code | |
| Description | All Court Types Party Search |
| | All Courts; Name bouyer, Anthony; All Courts; Page: 3 |
| Billable Pages | 1 ($0.10) |



# Party Search Results

**Search Criteria:** Party Search; Last Name: [bouyer]; First Name: [Anthony]
**Result Count:** 304 (6 pages)
**Current Page:** 3

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv03644 | Anthony Bouyer v. FGIS, LLC et al | California Central District Court | 04/20/2020 | 06/08/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03599 | Anthony Bouyer v. Melvin Sarkis Shanoian et al | California Central District Court | 04/20/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03777 | Anthony Bouyer v. Sai Jain, et al | California Central District Court | 04/24/2020 | 06/11/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03778 | Anthony Bouyer vl BLR Properties, LLC, et al | California Central District Court | 04/24/2020 | 05/19/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03780 | Anthony Bouyer v. Pacoima Center, LLC et al | California Central District Court | 04/24/2020 | 06/17/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03783 | Anthony Bouyer v. Kafco Partnership et al | California Central District Court | 04/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03785 | Anthony Bouyer v. Benito Hernandez, et al | California Central District Court | 04/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03786 | Anthony Bouyer v. Zalman Roth et al | California Central District Court | 04/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03792 | Anthony Bouyer v. George A. Hroundas, et al | California Central District Court | 04/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03782 | Anthony Bouyer v. CFC Properties, LLC et al | California Central District Court | 04/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03802 | Anthony Bouyer v. Ron Levanson et al | California Central District Court | 04/27/2020 | 05/27/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03803 | Anthony Bouyer v. Zvi Y. Straysman et al | California Central District Court | 04/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03836 | Anthony Bouyer v. 7335 Van Nuys Boulevard, LLC et al | California Central District Court | 04/27/2020 | 06/19/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03838 | Anthony Bouyer v. Shyamrushi Hospitality LLC, et al | California Central District Court | 04/27/2020 | 06/22/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03839 | Anthony Bouyer v. Regency Centers, L.P. et al | California Central District Court | 04/27/2020 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv03849 | Anthony Bouyer v. Good Family, Inc. et al | California Central District Court | 04/28/2020 | 06/22/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03851 | Anthony Bouyer v. Mahfouz M Gereis et al | California Central District Court | 04/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03852 | Anthony Bouyer v. Atanasios Yortzidis et al | California Central District Court | 04/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03853 | Anthony Bouyer v. 603 San Fernando Road, LLC et al | California Central District Court | 04/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03884 | Anthony Bouyer v. Armani Investments, LLC et al | California Central District Court | 04/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03885 | Anthony Bouyer v. Dsons Properties LLC et al | California Central District Court | 04/28/2020 | 06/10/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03848 | Anthony Bouyer v. JHR Inc. et al | California Central District Court | 04/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03850 | Anthony Bouyer v. The Sisters Group Corp et al | California Central District Court | 04/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03921 | Anthony Bouyer v. B and B Properties Partnership et al | California Central District Court | 04/29/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03922 | Anthony Bouyer v. MBZ-1 Properties, LLC et al | California Central District Court | 04/29/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03926 | Anthony Bouyer v. R.M.R. Properties, et al | California Central District Court | 04/29/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03928 | Anthony Bouyer v. Coast-United Advertising Co., Inc.,et al | California Central District Court | 04/29/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03929 | Anthony Bouyer v. 8841 Canoga, LLC et al | California Central District Court | 04/29/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03930 | Anthony Bouyer v. Shaina Property, LLC et al | California Central District Court | 04/29/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03932 | Anthony Bouyer v. Moniem Shaaban et al | California Central District Court | 04/29/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03933 | Anthony Bouyer v. J.Y. and Associates, LLC et al | California Central District Court | 04/29/2020 | 06/17/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv03882 | Anthony Bouyer v. 5525 Sepulveda Hotel Partners, LLC, et al | California Central District Court | 04/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03971 | Anthony Bouyer v. Chin and Almendares Incorporated et al | California Central District Court | 04/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03973 | Anthony Bouyer v. Lowes Home Center, LLC et al | California Central District Court | 04/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03975 | Anthony Bouyer v. Ashoorigroup Properties, LLC et al | California Central District Court | 04/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03976 | Anthony Bouyer v. Mission Hills Storage Owner, LLC, et al | California Central District Court | 04/30/2020 | 05/21/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03978 | Anthony Bouyer v. 9346-WOPG LLC, et al | California Central District Court | 04/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03981 | ANTHONY BOUYER, an individual, v. WOODLEY CENTER, LLC., a California limited liability company et al | California Central District Court | 04/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03988 | Anthony Bouyer v. Elshir Enterprises, L.P., et al | California Central District Court | 04/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03998 | Anthony Bouyer v. David Posner, et al | California Central District Court | 04/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04002 | Anthony Bouyer v. Bitar Holdings, LLC | California Central District Court | 04/30/2020 | 06/18/2020 |
| Bouyer, Anthony (pla) | 2:2020cv03979 | Anthony Bouyer v. Shoukat H. Ali et al | California Central District Court | 04/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv03999 | Anthony Bouyer v. TSL Properties, LLC et al | California Central District Court | 04/30/2020 | 06/24/2020 |
| Bouyer, Anthony (pla) | 2:2020cv04001 | Anthony Bouyer v. Navid Matinvar | California Central District Court | 04/30/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04026 | Anthony Bouyer v. JJET Investment, LLC et al | California Central District Court | 05/01/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04027 | Anthony Bouyer v. Realty Income Corporation, et al | California Central District Court | 05/01/2020 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv04028 | Anthony Bouyer v. Helaine N. Ross, et al | California Central District Court | 05/01/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04030 | Anthony Bouyer v. Tristen, LLC et al | California Central District Court | 05/01/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04304 | ANTHONY BOU v. ELI ELIAV, an individual et al | California Central District Court | 05/12/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04306 | Anthony Bouyer v. Shalom Memorial Park et al | California Central District Court | 05/12/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04308 | Anthony Bouyer v. J.Y. & Associates, LLC, et al | California Central District Court | 05/12/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04321 | Anthony Bouyer v. Space Box, LLC et al | California Central District Court | 05/13/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04322 | Anthony Bouyer v. Tar Asset Addison Place, L.P. et al | California Central District Court | 05/13/2020 | 06/19/2020 |
| Bouyer, Anthony (pla) | 2:2020cv04323 | Anthony Bouyer v. Sherman Oaks First Plaza, LLC et al | California Central District Court | 05/13/2020 | 06/12/2020 |

| PACER Service Center | | |
|---|---|---|
| | | Receipt 06/26/2020 13:34:57 1340461001 |
| User | Globalcitizen | |
| Client Code | | |
| Description | All Court Types Party Search | |
| | All Courts; Name bouyer, Anthony; All Courts; Page: 4 | |
| Billable Pages | 1 ($0.10) | |



# Party Search Results

**Search Criteria:** Party Search; Last Name: [bouyer]; First Name: [Anthony]
**Result Count:** 304 (6 pages)
**Current Page:** 4

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv04325 | Anthony Bouyer v. 4454 Van Nuys LLC et al | California Central District Court | 05/13/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04326 | Anthony Bouyer v. H and H Enterprise et al | California Central District Court | 05/13/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04317 | Anthony Bouyer v. 4348 Van Nuys Boulevard LLC, et al | California Central District Court | 05/13/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04365 | Anthony Bouyer v. 13646 Ventura Blvd, LLC et al | California Central District Court | 05/14/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04571 | Anthony Bouyer v. Sam Mushmel et al | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04572 | Anthony Bouyer et al v. Mission Hills Storage Owner, LLC | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04573 | Anthony Bouyer v. 14070 Ventura Boulevard, LLC et al | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04574 | Anthony Bouyer v. United Overseas Investment LLC et al | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04577 | Anthony Bouyer v. Robert M. Sertner, et al | California Central District Court | 05/21/2020 | 06/18/2020 |
| Bouyer, Anthony (pla) | 2:2020cv04584 | Anthony Bouyer v. Segol, LLC et al | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04585 | Anthony Bouyer v. Tigran Vardanyan et al | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04586 | Anthony Bouyer v. Panorama Woodman Centre, LLC et al | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04587 | Anthony Bouyer v. G and M Investments B, LLC, et al | California Central District Court | 05/21/2020 | 06/19/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv04589 | Anthony Bouyer v. Green Bay Properties, L.P. et al | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04591 | Anthony Bouyer v. World Status LLC et al | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04592 | Anthony Bouyer v. Sedayesh, LLC | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04593 | Anthony Bouyer v. Au Zone Investments No 2, LP et al | California Central District Court | 05/21/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04594 | Anthony Bouyer v. Osborne Properties, LLC et al | California Central District Court | 05/21/2020 | 06/23/2020 |
| Bouyer, Anthony (pla) | 2:2020cv04619 | Anthony Bouyer v. 20631 Ventura Partnership, L.P. et al | California Central District Court | 05/22/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04621 | Anthony Bouyer v. D Egidio Brothers III LLC et al | California Central District Court | 05/22/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04695 | Anthony Bouyer v. Carol A. Gillson-Steinberg et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04696 | Anthony Bouyer v. Arturo Rubinstein et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04697 | Anthony Bouyer v. Coldwater Self-Storage, Inc., et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04698 | Anthony Bouyer v. Robert L. Werner, et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04702 | Anthony Bouyer v. J & Y K, LLC et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04705 | Anthony Bouyer v. GVD Commercial Properties, Inc. et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04706 | Anthony Bouyer v- 12711 Sherman Way, L.P. et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04707 | Anthony Bouyer v. Hamid Nouri Investments, LLC, et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04709 | Anthony Bouyer v. Kadima Investments LLC et al | California Central District Court | 05/27/2020 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv04710 | Anthony Bouyer v. Rockys Racquet World et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04711 | ANTHONY BOUYER v. SALONI, INC., et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04724 | Anthony Bouyer v. Fred S. Oken et al | California Central District Court | 05/27/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04751 | Anthony Bouyer v. Parviz Shavalian et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04752 | Anthony Bouyer v. Antony Abelyan et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04753 | Anthony Bouyer v. John G. Mazza et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04755 | Anthony Bouyer v. Abraham Winter, et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04756 | Anthony Bouyer v. Bellaire Reseda Properties, LLC et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04764 | Anthony Bouyer v. Gidon A. Lavi et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04766 | Anthony Bouyer v. Greens Drive Properties, LP et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04767 | Anthony Bouyer v. Jerome S. Marks, et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04768 | Anthony Bouyer v. Prime Investments LLC, et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04770 | Anthony Bouyer v. Cyrus G. Etemad et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04771 | Anthony Bouyer v. V.E.R.D, Inc. et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04772 | Anthony Bouyer v. Kayos USA, Inc. et al | California Central District Court | 05/28/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04773 | Anthony Bouyer v. Aramais Ara Haroutunian et al | California Central District Court | 05/28/2020 | 06/15/2020 |
| Bouyer, Anthony (pla) | 2:2020cv04775 | Anthony Bouyer v. Ronald Bloomfield et al | California Central District Court | 05/28/2020 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv04809 | Anthony Bouyer v. Adirkaren, Inc. et al | California Central District Court | 05/29/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04811 | Anthony Bouyer v. Farnham Investments, LLC et al | California Central District Court | 05/29/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04813 | Anthony Bouyer v. Gurmail Singh, et al | California Central District Court | 05/29/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04859 | Anthony Bouyer v. Launer Properties, LLC et al | California Central District Court | 06/01/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04861 | Anthony Bouyer v. 69/57 Village, LLC, et al | California Central District Court | 06/01/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04862 | Anthony Bouyer v. 12515 Victory Boulevard Associates et al | California Central District Court | 06/01/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04864 | Anthony Bouyer v. Kafco Partnership et al | California Central District Court | 06/01/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv04865 | Anthony Bouyer v. Laurel Oxnard, et al | California Central District Court | 06/01/2020 | |

**PACER Service Center**

**Receipt** 06/26/2020 13:35:16 1340461063

| | |
|---|---|
| **User** | Globalcitizen |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name bouyer, Anthony; All Courts; Page: 5 |
| **Billable Pages** | 1 ($0.10) |



# Party Search Results

**Search Criteria:** Party Search; Last Name: [bouyer]; First Name: [Anthony]
**Result Count:** 304 (6 pages)
**Current Page:** 5

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv05101 | Anthony Bouyer v. 12500 Riverside, LLC, et al | California Central District Court | 06/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05106 | Anthony Bouyer v. Abraham B. Chahinian, et al | California Central District Court | 06/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05108 | Anthony Bouyer v. Golden State Enterprises, LLC, et al | California Central District Court | 06/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05109 | Anthony Bouyer v. College Tuition, LLC et al | California Central District Court | 06/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05110 | Anthony Bouyer v. Ervin Adler et al | California Central District Court | 06/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05111 | Anthony Bouyer v. McWhirter Real Estae and Investment Co. Inc., et al | California Central District Court | 06/09/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05207 | Anthony Bouyer v. Latino Plaza, LLC, et al | California Central District Court | 06/11/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05301 | Anthony Bouyer v. ZABC, LLC et al | California Central District Court | 06/15/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05303 | Anthony Bouyer v. Agrock Riverside Drive, LLC et al | California Central District Court | 06/15/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05436 | Anthony Bouyer v. Charles Barnard et al | California Central District Court | 06/18/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05610 | Anthony Bouyer v. 11000 Victory Blvd, LLC et al | California Central District Court | 06/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05611 | Anthony Bouyer v. Ronal LLC et al | California Central District Court | 06/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05615 | Anthony Bouyer v. Sharon A. Chorlian et al | California Central District Court | 06/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05616 | Anthony Bouyer v. Blumint, LLC et al | California Central District Court | 06/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05623 | Anthony Bouyer v. Ruth Cohen et al | California Central District Court | 06/24/2020 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony (pla) | 2:2020cv05625 | Anthony Bouyer v. 2355 Tapo Street Simi 26, LLC et al | California Central District Court | 06/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05627 | Anthony Bouyer v. Fred S. Oken, et al | California Central District Court | 06/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05630 | Anthony Bouyer v. Icon Owner Pool 1 LA Non-Business Parks, LLC et al | California Central District Court | 06/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05632 | Anthony Bouyer v. Norcal Hospitality Inc., et al | California Central District Court | 06/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05635 | Anthony Bouyer v. Homayoon Shamolian, et al | California Central District Court | 06/24/2020 | |
| Bouyer, Anthony (pla) | 2:2020cv05636 | Anthony Bouyer v. Avi Financial Service and Development, Inc. et al | California Central District Court | 06/24/2020 | |
| Bouyer, Anthony (db) | 6:2017bk02192 | Anthony Bouyer and Dejuaii Ann Bouyer | Florida Middle Bankruptcy Court | 04/04/2017 | 01/31/2018 |
| Bouyer, Anthony (db) | 6:2002bk10089 | Anthony Bouyer and Dejuaii Bouyer | Florida Middle Bankruptcy Court | 09/16/2002 | 01/29/2003 |
| Bouyer, Anthony (db) | 6:2011bk03101 | Anthony Bouyer and Dejuaii Bouyer | Florida Middle Bankruptcy Court | 03/07/2011 | 06/07/2011 |
| Bouyer, Anthony (db) | 6:2020bk00373 | Anthony Bouyer and Dejuaii Bouyer | Florida Middle Bankruptcy Court | 01/22/2020 | |
| Bouyer, Anthony (db) | 1:2003bk13473 | Anthony L. Bouyer | Georgia Southern Bankruptcy Court | 09/11/2003 | 03/19/2009 |
| Bouyer, Anthony (pla) | 3:1999cv07277 | Bouyer et al v. Simon et al | Ohio Northern District Court | 05/07/1999 | 07/25/2001 |
| Bouyer, Anthony L (dft) | 3:1992cv07036 | USA v. Bouyer | Ohio Northern District Court | 01/21/1992 | 04/16/1992 |
| Bouyer, Anthony L. (db) | 1:2003bk13473 | Anthony L. Bouyer | Georgia Southern Bankruptcy Court | 09/11/2003 | 03/19/2009 |
| Bouyer, Anthony R (db) | 1:2003bk12305 | Anthony R Bouyer | Alabama Middle Bankruptcy Court | 10/02/2003 | 07/12/2005 |
| BOUYER, ANTHONY R (dft) | 4:1998mj00497 | USA v. Bouyer - ANTHONY R BOUYER | Georgia Middle District Court | 04/17/1998 | 04/17/1998 |
| Bouyer, Anthony Reamon (db) | 1:2003bk12305 | Anthony R Bouyer | Alabama Middle Bankruptcy Court | 10/02/2003 | 07/12/2005 |
| Bouyer, Anthony Reamon (db) | 4:1992bk41098 | Anthony Reamon Bouyer | Georgia Middle Bankruptcy Court | 08/06/1992 | 08/17/1994 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Bouyer, Anthony Reamon (db) | 4:1994bk40612 | Anthony Reamon Bouyer | Georgia Middle Bankruptcy Court | 06/07/1994 | 01/09/1995 |

**PACER Service Center**

| | | **Receipt** 06/26/2020 13:35:33 1340461095 |
|---|---|---|
| **User** | Globalcitizen | |
| **Client Code** | | |
| **Description** | All Court Types Party Search | |
| | All Courts; Name bouyer, Anthony; All Courts; Page: 6 | |
| **Billable Pages** | 1 ($0.10) | |